JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISIION

| | |
|---|---|
| YARDLEY Y. ROJAS<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-08564-RSWL (JDE)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEES OR OBTAIN AUTHORIZATION TO PROCEED IN FORMA PAUPERIS |

On October 4, 2018, Plaintiff Yardley Rojas ("Plaintiff") submitted a civil complaint for review of a Social Security Decision for filing with this Court. Dkt. 1. Plaintiff did not pay a filing fee but did file a Request to Proceed In Forma Pauperis ("IFP). Dkt. 3. On October 9, 2018, the assigned Magistrate Judge issued an order directing Plaintiff to file, within ten days, an amended IFP Request which fully responded to the questions contained on the Court's form IFP Request. Dkt. 4. Plaintiff did not file an amended IFP Request as ordered. On October 26, 2018, the Court denied Plaintiff's IFP Request and ordered Plaintiff to pay the filing fees in full within 30 days or the case would be dismissed. Dkt. 6. Plaintiff has not timely paid the filing fees as ordered or requested additional time in which to do so.

All parties instituting any civil action in a district court, except an application for writ of habeas corpus, must pay a filing fee of $400. <u>See</u> 28 U.S.C. § 1914(a).  An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP under 28 U.S.C. § 1915(a). <u>See</u> <u>Andrew v. Cervantes</u>, 493 F.3d 1047, 1051 (9th Cir. 2007).

Here, Plaintiff's IFP Request was denied, and, despite an order to do so, Plaintiff has not prepaid the $350 filing or $50 administrative fee required to commence this civil action. Thus, the case cannot proceed. <u>See</u> 28 U.S.C. § 1914(a); <u>Andrews</u>, 493 F.3d at 1051.

IT IS THEREFORE ORDERED that this action is DISMISSED. No further filings shall be accepted under this case number.

Dated: 12/13/2018


s/ RONALD S.W. LEW
RONALD S.W. LEW
United States District Judge


Presented By:

JOHN D. EARLY
United States Magistrate Judge